UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 23-747 JGB (AFMx) | Date | June 20, 2023 |
| Title | *Luz M. Jurado v. Real Time Resolutions Inc., et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order to Show Cause (IN CHAMBERS)**

On March 1, 2023, Plaintiff Luz M. Jurado ("Plaintiff") filed a complaint in the Superior Court for the State of California for the County of Riverside. ("Complaint," Dkt. No. 1-1.) On April 27, 2023, Defendants PHH Mortgage Corporation ("PHH") and Real Time Resolutions, Inc. ("RTR") (jointly, "Defendants") removed the case to this Court. ("Notice of Removal," Dkt. No. 1.)

On May 4, 2023, PHH filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)"). ("PHH Motion," Dkt. No. 11.) The PHH Motion is noticed for hearing on June 26, 2023. On May 30, 2023, RTR filed a motion to dismiss pursuant to Rule 12(b)(6). ("RTR Motion," Dkt. No. 13.) The RTR Motion is noticed for hearing on July 3, 2023.

On May 31, 2023, Plaintiff's former counsel of record filed a request to withdraw as attorney, indicating that Plaintiff wishes to proceed pro se. ("Request to Withdraw," Dkt. No. 15.) The Court granted the Request to Withdraw on June 2, 2023. ("Withdrawal Order," Dkt. No. 16.)

As of the date of this Order to Show Cause ("OSC"), Plaintiff has failed to file her opposition papers. Pursuant to this Court's Local Rules, Plaintiff should have filed her opposition or a notice of non-opposition to the PHH Motion on June 5, 2023, and to the RTR Motion on June 12, 2023. See L.R. 7-9. "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." L.R. 7-12.

      Accordingly, the Court orders Plaintiff to inform the Court by **Friday, June 23, 2023** at the close of business, why Plaintiffs have failed to file her opposition papers.  Failure to respond to the Court's OSC may result in dismissal of Plaintiff's Complaint.  <u>See</u> Fed. R. Civ. P. 41(b).

      The hearing on the PHH Motion is **CONTINUED** to July 3, 2023.  Both the PHH Motion and RTR Motion will be heard on July 3, 2023.

      **IT IS SO ORDERED.**